JUDGE HOLWELL

**08 CIV 8920**

A CERTIFIED TRUE COPY
ATTEST

By Jakela Mells on Oct 16, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Oct 16, 2008

FILED
CLERK'S OFFICE

IN RE: STATE STREET BANK AND TRUST CO.
FIXED INCOME FUNDS INVESTMENT
LITIGATION
    Welborn Baptist Foundation, Inc. v. State Street )
        Global Advisors, Inc., et al., S.D. Indiana, )    MDL No. 1945
        C.A. No. 3:08-27 )

### TRANSFER ORDER

    **Before the entire Panel**: Plaintiff in an action pending in the Southern District of Indiana has moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring the action to the Southern District of New York for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Richard J. Holwell. Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. (collectively State Street) support transfer of the action.

    After considering all argument of counsel, we find that the action involves common questions of fact with actions in this litigation previously transferred to the Southern District of New York, and that transfer of this action to the Southern District of New York for inclusion in MDL No. 1945 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Southern District of New York was a proper Section 1407 forum for actions arising out of the allegation that State Street inappropriately invested its actively managed fixed income funds in risky subprime assets, resulting in losses to investors. *See In re State Street Bank and Trust Co. Fixed Income Funds Investment Litigation*, 560 F.Supp.2d 1388 (J.P.M.L. 2008).

    Plaintiff argues, *inter alia*, that this action is far narrower than those comprising MDL No. 1945 and involves unique facts, including claims against its investment advisor. We previously rejected similar arguments raised by the MDL No. 1945 *Memorial Hermann* plaintiff, and we are not persuaded to revisit that decision. The *Welborn* action, like the MDL No. 1945 actions, arises from State Street's alleged breach of fiduciary duties and misrepresentations with respect to its bond funds. The benefits to all MDL No. 1945 parties and witnesses from streamlined pretrial proceedings outweigh any inconvenience to this particular plaintiff.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
    DEPUTY CLERK

to the Southern District of New York and, with the consent of that court, assigned to the Honorable Richard J. Holwell for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

J. Frederick Motz          Robert L. Miller, Jr.
Kathryn H. Vratil          David R. Hansen
W. Royal Furgeson, Jr.

IN RE: STATE STREET BANK AND TRUST CO.
FIXED INCOME FUNDS INVESTMENT
LITIGATION                                                                                      MDL No. 1945

## INVOLVED COUNSEL LIST

Jeffrey C. Block
BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA 02109

Michele S. Bryant
BAMBERGER FOREMAN OSWALD & HAHN
20 N.W. Fourth Street
7th Floor
P.O. Box 657
Evansville, IN 47704-0657

Robert R. Burford
GIBBS & BRUNS LLP
1100 Louisiana
Suite 5300
Houston, TX 77002

William C. Fredericks
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1285 Avenue Of The Americas
New York, NY 10019-6028

George M. Gowen III
COZEN O'CONNOR
1900 Market Street
Fourth Floor
Philadelphia, PA 19103

Charles R. Parker
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis
Suite 3400
Houston, TX 77002-3095

Edwin G. Schallert
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

Douglas K. Spaulding
REED SMITH LLP
1301 K Street, NW
Suite 1100 - East Tower
Washington, DC 20005

Robert B. Walsh, Jr.
LEWIS RICE & FINGERISH LC
500 North Broadway
Suite 2000
St. Louis, MO 63102

Harvey J. Wolkoff
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624