# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET FIXED INCOME FUNDS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>WELBORN BAPTIST FOUNDATION, INC.,<br>      Plaintiff,<br><br>v.<br><br>STATE STREET GLOBAL ADVISORS, INC., STATE STREET BANK & TRUST CO., AND YANNI PARTNERS, INC.<br>      Defendants. | MDL No. 1945<br><br>Judge Holwell<br><br><br><br>No. 08 Civ. 8920 (RJH) |

## STIPULATION OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PRODCEDURE 41(a)(1)

PLEASE TAKE NOTICE that Plaintiff Welborn Baptist Foundation, Inc. and Defendants State Street Bank and Trust Company, State Street Global Advisors, Inc., and Yanni Partners, Inc. hereby stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties, having conferred on this matter, stipulate to the dismissal of this action with prejudice, with each party to bear their own costs.

1599512.1

Date:  February 22, 2010

Respectfully submitted,

| | |
|---|---|
|    /s/ R. Bradley Ziegler |    /s/ Robert A. Skinner |
| Richard B. Walsh, Jr. | Harvey J. Wolkoff |
| R. Bradley Ziegler | Robert A. Skinner |
| LEWIS, RICE, FINGERSH LC | Ropes & Gray LLP |
| 500 N. Broadway, Suite 2000 | One International Place |
| St. Louis, MO 63102 | Boston, MA 02110 |
| Tel: (314) 444-7600 | Tel:  (617) 951-7000 |
| Fax: (314) 241-6056 | Fax:  (617) 951-7050 |
| rwalsh@lewisrice.com | |
| bziegler@lewisrice.com | *Attorneys for Defendants State Street Global Advisors, Inc. and* |
| *Attorneys for Plaintiff Welborn Baptist, Inc.* | *State Street Bank and Trust Co.* |

   /s/ Douglas K. Spaulding
Douglas K. Spaulding
REED SMITH LLP
1301 K Street NW
Suite 1100 - East Tower
Washington , DC 20005
Tel: 202-414-9235
Fax: 202-414-9299
dspaulding@reedsmith.com

*Attorney for Defendant Yanni Partners, Inc.*

## CERTIFICATE OF SERVICE

I, R. Bradley Ziegler, do hereby certify that on February 22, 2010, I served a copy of the foregoing **Notice of Dismissal** via the Court's electronic filing system upon the service list below:

/s/ R. Bradley Ziegler

**SERVICE LIST**

Derek W. Loeser, Esq.
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle Washington 98101

John R. Nelson, Esq.
Locke Lord Bissell & Liddell LLP
100 Congress Avenue
Suite 300
Austin, Texas 78701

George M. Gowen III, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103

Evan Kaufman, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Rd., Suite 200
Melville, NY 11747

David E. Lurie
Lurie & Krupp
One McKinley Square
Boston, MA 02109

Steven L. Severson, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Edwin G. Schallert, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

Caren S. Sweetland, Esq.
Gibbs & Bruns LLP
1100 Louisiana Suite 5300
Houston, Texas 77002

Richard B. Walsh, Jr., Esq.
Lewis, Rice Fingersh, LLC
500 North Broadway, Suite 2000
St. Louis, MO  63102

Peter Simshauser, Esq. Skadden, Arps, Slate, Meagher, & Flom LLP
One Beacon Street
Boston, MA 02108

John J. Butts
Wilmer, Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109

Robert Skinner
Lila Palmer
ROPES & GRAY
One International Place
Boston, MA 02110-2624